# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL ACCESS ASSOCIATION, SUING ON BEHALF OF ROY DAVIS GASH; and ROY DAVIS GASH, an individual,<br><br>                      Plaintiffs,<br>vs.<br><br>PFS, LLC dba MCDONALD'S; THE CASSU INVESTMENT GROUP LTD.; and DOES 1 through 10, inclusive,<br><br>                      Defendants. | CASE NO. 07CV158 WQH (LSP)<br><br>ORDER DISMISSING ENTIRE ACTION |

HAYES, Judge:

On August 15, 2007, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 26). Good cause appearing, the joint motion to dismiss (Doc. # 26) is GRANTED. This action is hereby DISMISSED in its entirety and with prejudice.

The judges assigned to this case shall retain jurisdiction over all disputes between the parties arising out of the Settlement Agreement, including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.

**IT IS SO ORDERED**.

DATED: August 16, 2007

*/s/ William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge